IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| LES D. BRANNON, | Case No.: |
| Plaintiff, | COMPLAINT FOR PERSONAL INJURIES (AUTO) – UNINSURED MOTORIST; (NOT SUBJECT TO MANDATORY ARBITRATION) |
| vs. | |
| AON RISK SERVICES SOUTHWEST, INC., a foreign corporation; AON RISK INSURANCE SERVICES WEST, INC., a foreign corporation; and RED ROCK RISK RETENTION GROUP, INC., a foreign corporation, | JURY TRIAL DEMANDED<br><br>PRAYER: $520,000<br>Ch. 48, Sec. 2; ORS 21.160(1) |
| Defendants | |

Plaintiff demands a jury trial and allege:

1.

At all times material, plaintiff Les D. Brannon was operating a semi-truck owned by SWIFT Transportation eastbound on Highway 22 at mile post 12, near Dallas, Oregon and Gary Butler was operating a Ford truck westbound on Highway 22 near mile post 12.

2.

On April 13, 2011, Gary Butler (deceased) crossed into the direct lane of traffic in front of the semi-truck and caused a head-on collision. Mr. Butler

PAGE 1 – COMPLAINT FOR PERSONAL INJURIES (AUTO) – UNINSURED MOTORIST

KAFOURY & McDOUGAL
320 SW Stark, Ste. 202
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

Exhibit A

died as result of the crash. The impact caused plaintiff's vehicle to slide and roll over into the ditch.

3.

At all material times, Gary Butler (deceased) was operating a vehicle that crashed into the vehicle being operated by plaintiff.

4.

At all times mentioned herein, defendant Aon Risk Services Southwest Inc., is a foreign corporation, and has been an insurance company licensed to do business in Oregon, and does conduct regular and sustained business in Multnomah County, Oregon.

5.

At all times mentioned herein, defendant Aon Risk Insurance Services West Inc., is a foreign corporation, and has been an insurance company licensed to do business in Oregon, and does conduct regular and sustained business in Multnomah County, Oregon.

6.

At all times mentioned herein, defendant Red Rock Risk Retention Group, Inc., is a foreign corporation and an insurance company licensed to do business in Oregon, and does conduct regular and sustained business in Multnomah County, Oregon.

7.

At the time of the above-described accident, plaintiff was "an insured" under the uninsured/underinsured motorist provisions of policies issued by

PAGE 2 – COMPLAINT FOR PERSONAL INJURIES (AUTO) – UNINSURED MOTORIST

KAFOURY & McDOUGAL
320 SW Stark, Ste. 202
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

Exhibit A

defendants, and the defendants are liable to plaintiff for all damages sustained as a result of the above-described conduct of the underinsured driver.

8.

At said time and place, Gary Butler (deceased) was negligent in one or more of the following particulars:

(a) In failing to yield the right of way.

(b) In failing to maintain a proper lookout.

(c) In failing to maintain proper and adequate control of his vehicle.

(d) In pulling into oncoming traffic without looking to see if oncoming traffic was approaching.

9.

As a direct result of Gary Butler's negligence, plaintiff Brannon suffered the following injuries: cervical facet joint dysfunction and strain, and has suffered severe emotional distress, including post-traumatic stress disorder. As a result of these injuries, plaintiff has experienced pain, suffering, and interference with his normal and usual activities, and will permanently suffer from these injuries, all to plaintiff's noneconomic damages in the amount of $500,000.

10.

As a further proximate cause of the negligence of Gary Butler (deceased) as a result of the injuries described, plaintiff has suffered to-date as set forth in paragraph 9, above, plaintiff Brannon has incurred medical expenses in an

PAGE 3 – COMPLAINT FOR PERSONAL INJURIES (AUTO) – UNINSURED MOTORIST

KAFOURY & McDOUGAL
320 SW Stark, Ste. 202
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

Exhibit A

amount in excess of $20,000, and will incur future medical expenses in an amount to be determined at trial.

11.

Plaintiff obtained the $25,000 limits of Gary Butler's policy. Defendants, through SWIFT Transportation, consented to plaintiff's accepting Gary Butler's policy limits on January 16, 2013.

12.

Plaintiff's damages exceed $25,000. Such that Gary Butler was underinsured at the time of the collision alleged in paragraphs 1-2.

13.

Plaintiff has performed all conditions precedent necessary to recover under his policy of insurance with defendant. Plaintiff has made a proof of loss and demand on defendant for his underinsured motorist benefits and the benefits were not tendered.

14.

Plaintiff gave defendants a proof of loss more than six months prior to filing this action.

15.

Plaintiff has performed all conditions necessary to recover under defendants' policies of insurance. Defendant has breached the insurance policy by failing to provide underinsured motorist coverage benefits to plaintiff.

16.

Pursuant to ORS 742.061, plaintiff is entitled to attorney fees from defendants.

PAGE 4 – COMPLAINT FOR PERSONAL INJURIES (AUTO) – UNINSURED MOTORIST

KAFOURY & McDOUGAL
320 SW Stark, Ste. 202
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

Exhibit A

WHEREFORE, plaintiff prays for judgment against defendants in the amount of $500,000 in noneconomic damages, $20,000 in economic damages, and for his costs and disbursements necessarily incurred herein, and for his attorney fees.

Dated: March 21, 2013.

*(signature)*

Gregory Kafoury, OSB #741663
Kafoury@kafourymcdougal.com
Mark McDougal, OSB #890869
mcdougal@kafourymcdougal.com
Jason Kafoury, OSB #091200
jkafoury@kafourymcdougal.com
Attorneys for Plaintiff

PAGE 5 – COMPLAINT FOR PERSONAL INJURIES (AUTO) – UNINSURED MOTORIST

KAFOURY & McDOUGAL
320 SW Stark, Ste. 202
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

Exhibit A