Gregory Kafoury, OSB No. 741663
Kafoury@kafourymcdougal.com
Mark McDougal, OSB 890869
mcdougal@kafourymcdougal.com
Jason Kafoury, OSB 091200
jkafoury@kafourymcdougal.com
KAFOURY & MCDOUGAL
320 SW Stark, Suite 202
Portland, Oregon 97204
Telephone:  (503) 224-2673
Facsimile:  (503) 224-2647
    Attorneys for Plaintiff
    Leslie D. Brannon

Robert E. Barton, OSB No. 814637
Email rbarton@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone:  (503) 323-9000
Facsimile:  (503) 323-9019
    Attorneys for Defendants
    Aon Risk Services Southwest, Inc.
    and Aon Risk Insurance Services West, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LES D. BRANNON,<br><br>    Plaintiff,<br><br>    v.<br><br>AON RISK SERVICES SOUTHWEST, INC., a foreign corporation; AON RISK INSURANCE SERVICES WEST INC., a foreign corporation; RED ROCK RISK RETENTION GROUP, INC., a foreign corporation; and ACE AMERICAN INSURANCE COMPANY, a foreign corporation,<br><br>    Defendants. | Case No. 3:13-cv-00818-HZ<br><br>**STIPULATED MOTION TO DISMISS** |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Les D. Brannon (Brannon) and Defendants Aon Risk Services Southwest, Inc. and Aon Risk Insurance Services West Inc. (Aon) hereby stipulate to the dismissal of Aon in this action, without prejudice, and without costs or attorney fees to either Plaintiff or Aon.

Dated: June 11, 2013.

KAFOURY & MCDOUGAL

*/s/ Mark McDougal, OSB No. 890869*

_____
Gregory Kafoury, OSB No. 741663
Kafoury@kafourymcdougal.com
Mark McDougal, OSB 890869
mcdougal@kafourymcdougal.com
Jason Kafoury, OSB 091200
jkafoury@kafourymcdougal.com
Telephone:  (503) 224-2673
Facsimile:  (503) 224-2647

Attorneys for Plaintiff
Leslie D. Brannon

Dated: June 12, 2013.

COSGRAVE VERGEER KESTER LLP

*/s/ Robert E. Barton, OSB No. 814637*

_____
Robert E. Barton, OSB No. 814637
Email rbarton@cosgravelaw.com
Telephone:  (503) 323-9000
Facsimile:  (503) 323-9019

Attorneys for Defendants
Aon Risk Services Southwest, Inc.
and Aon Risk Insurance Services West, Inc.

## Certificate of Service

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court by using the CM/ECF system on June 12, 2013. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that on the same date, I served a copy of the foregoing on the following lawyer(s) by first class mail, with postage prepaid:

Patrick D. Gilroy
Wade R. Keenon
The Gilroy Law Firm, PC
7307 SW Beveland Street, Ste 200
Tigard, OR  97223
    Attorneys for Defendants Red Rock Risk Retention Group, Inc.
    and ACE American Insurance Company

*/s/ Robert E. Barton*

Robert E. Barton